## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JANE DOE NO. 1, a minor child, by her parent and next friend MARY ROE, and JANE DOE NO. 2, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. |
| v. | ) ) | |
| BACKPAGE.COM, LLC, CAMARILLO HOLDINGS, LLC (f/k/a VILLAGE VOICE MEDIA HOLDINGS, LLC), and NEW TIMES MEDIA, LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Plaintiffs Jane Doe No. 1, a minor child, by her parent and next friend Mary Roe, and Jane Doe No. 2 respectfully move this Court to allow them to proceed anonymously in this action, utilizing pseudonyms.

This motion is made on the grounds that this case involves the commercial sexual exploitation of the Plaintiffs who were sold for sex on Backpage.com. Anonymity is required to protect the plaintiffs from harassment, injury, ridicule and embarrassment.

In support of this motion, Plaintiffs rely on the accompanying Memorandum.

-2-

JANE DOE NO. 1, a minor child, by her parent and next friend MARY ROE, and JANE DOE NO. 2

Respectfully submitted,

_/s/_ John T. Montgomery

John T. Montgomery (No. 352220)
Aaron M. Katz (No. 662457)
Kevin P. Budris (No.680075)
Dara A. Reppucci (No. 679511)
Jessica L. Soto (No. 683145)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Telephone:  (617) 951-7000
Email: john.montgomery@ropesgray.com
      aaron.katz@ropesgray.com
      kevin.budris@ropesgray.com
      dara.reppucci@ropesgray.com
      jessica.soto@ropesgray.com

Dated: October 16, 2014

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 16th day of October, 2014, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
| Dated:  October 16, 2014 | /s/ _____ <br> John T. Montgomery |